# EXHIBIT B

Equity Receivership over Nationwide Automated Systems, Inc., et al.

Schedule of Investor Payments to and from NASI

Sean, Devin & Sean F. Sullivan, Meghan Boustany, Molly Robotti (Kelly, Briana & Aidan Corp)

Investor Accts.:  6-0233, 6-0349, 6-0526, 6-0527, 6-0528, 6-0529 & 6-1147

| Account | Investor | | Deposits (Investment) | | Payments Received | | Total Profit Amount |
|---|---|---|---|---|---|---|---|
| 6-0233 | Kelly, Brianna & Aidan Corp | $ | 348,000.00 | $ | (493,063.00) | $ | (145,063.00) |
| 6-0526 | Sean Sullivan & Devin Sullivan | $ | 60,000.00 | $ | (85,930.00) | $ | (25,930.00) |
| 6-0527 | Sean Sullivan & Meghan Boustany | $ | 48,000.00 | $ | (42,893.50) | $ | 5,106.50 |
| 6-0528 | Sean Sullivan & Molly Robotti | $ | 48,000.00 | $ | (68,964.00) | $ | (20,964.00) |
| 6-0529 | Sean Sullivan & Sean F. Sullivan | $ | 48,000.00 | $ | (29,284.00) | $ | 18,716.00 |
| | Total | $ | 552,000.00 | $ | (720,134.50) | $ | (168,134.50) |

Kelly, Briana & Aidan Corp - Deposits to NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 05/04/06 | Kelly, Brianna & Aidan Corp | 8 ATMs | $ | 96,000.00 | $ 96,000.00 |
| CNB | 22414410 | Deposit | 08/05/08 | Kelly, Brianna & Aidan Corp | 8 ATMs | $ | 96,000.00 | $ 192,000.00 |
| CNB | 22414410 | Deposit | 07/16/11 | Kelly, Brianna & Aidan Corp | 5 ATMs | $ | 60,000.00 | $ 252,000.00 |
| CNB | 22414410 | Deposit | 07/02/12 | Kelly, Brianna & Aidan Corp. | | $ | 60,000.00 | $ 312,000.00 |
| CNB | 22414410 | Deposit | 03/12/14 | Kelly, Brianna & Aidan Corp | 3 ATMs | $ | 36,000.00 | $ 348,000.00 |
| | | | | | Total | $ | 348,000.00 | |

Kelly, Briana & Aidan Corp - Payments from NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 08/01/06 | Kelly, Brianna & Aidan Corp. | | $ | (1,629.00) | (1,629.00) |
| CNB | 22414399 | Withdrawal | 09/07/06 | Kelly, Brianna & Aidan Corp. | | $ | (1,640.00) | (3,269.00) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Kelly, Brianna & Aidan Corp. | | $ | (1,642.50) | (4,911.50) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Kelly, Brianna & Aidan Corp. | | $ | (1,687.50) | (6,599.00) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Kelly, Brianna & Aidan Corp. | | $ | (1,641.00) | (8,240.00) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Kelly, Brianna & Aidan Corp. | | $ | (1,652.50) | (9,892.50) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Kelly, Brianna & Aidan Corp. | | $ | (3,060.50) | (12,953.00) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Kelly, Brianna & Aidan Corp. | | $ | (1,608.50) | (14,561.50) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Kelly, Brianna & Aidan Corp. | | $ | (3,005.00) | (17,566.50) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Kelly, Brianna & Aidan Corp. | | $ | (1,593.00) | (19,159.50) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Kelly, Brianna & Aidan Corp. | | $ | (1,583.00) | (20,742.50) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Kelly, Brianna & Aidan Corp. | | $ | (1,604.00) | (22,346.50) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Kelly, Brianna & Aidan Corp. | | $ | (1,639.50) | (23,986.00) |
| CNB | 22414399 | Withdrawal | 10/04/07 | Kelly, Brianna & Aidan Corp | | $ | (1,599.00) | (25,585.00) |
| CNB | 22414399 | Withdrawal | 11/07/07 | Kelly, Brianna & Aidan Corp | | $ | (1,616.50) | (27,201.50) |
| CNB | 22414399 | Withdrawal | 12/07/07 | Kelly, Brianna & Aidan Corp | | $ | (1,628.00) | (28,829.50) |
| CNB | 22414399 | Withdrawal | 01/10/08 | Kelly, Brianna & Aidan Corp | | $ | (1,679.00) | (30,508.50) |
| CNB | 22414399 | Withdrawal | 02/15/08 | Kelly, Brianna & Aidan Corp | | $ | (1,724.50) | (32,233.00) |
| CNB | 22414399 | Withdrawal | 02/15/08 | Kelly, Brianna & Aidan Corp | | $ | (1,612.50) | (33,845.50) |
| CNB | 22414399 | Withdrawal | 03/11/08 | Kelly, Brianna & Aidan Corp | | $ | (1,753.00) | (35,598.50) |
| CNB | 22414399 | Withdrawal | 05/15/08 | Kelly, Brianna & Aidan Corp | | $ | (1,735.00) | (37,333.50) |
| CNB | 22414399 | Withdrawal | 06/23/08 | Kelly, Brianna & Aidan Corp | | $ | (1,693.00) | (39,026.50) |
| CNB | 22414399 | Withdrawal | 07/17/08 | Kelly, Brianna & Aidan Corp | | $ | (1,713.00) | (40,739.50) |
| CNB | 22414399 | Withdrawal | 08/13/08 | Kelly, Brianna & Aidan Corp | | $ | (1,662.00) | (42,401.50) |
| CNB | 22414399 | Withdrawal | 08/27/08 | Kelly, Brianna & Aidan Corp | | $ | (1,685.50) | (44,087.00) |
| CNB | 22414399 | Withdrawal | 09/09/08 | Kelly, Brianna & Aidan Corp | | $ | (1,622.00) | (45,709.00) |
| CNB | 22414399 | Withdrawal | 10/20/08 | Kelly, Brianna & Aidan Corp | | $ | (3,203.50) | (48,912.50) |
| CNB | 22414399 | Withdrawal | 11/10/08 | Kelly, Brianna & Aidan Corp | | $ | (4,755.00) | (53,667.50) |
| CNB | 22414399 | Withdrawal | 12/22/08 | Kelly, Brianna & Aidan Corp | | $ | (4,606.00) | (58,273.50) |
| CNB | 22414399 | Withdrawal | 01/08/09 | Kelly, Brianna & Aidan Corp | | $ | (4,433.00) | (62,706.50) |
| CNB | 22414399 | Withdrawal | 02/05/09 | Kelly, Brianna & Aidan Corp | | $ | (4,328.00) | (67,034.50) |
| CNB | 22414399 | Withdrawal | 03/12/09 | Kelly, Brianna & Aidan Corp | | $ | (4,212.50) | (71,247.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 04/10/09 | Kelly, Brianna & Aidan Corp | | $ (4,101.00) $ | (75,348.00) |
| CNB | 22414399 | Withdrawal | 05/07/09 | Kelly, Brianna & Aidan Corp | | $ (4,111.50) $ | (79,459.50) |
| CNB | 22414399 | Withdrawal | 06/18/09 | Kelly, Brianna & Aidan Corp | | $ (4,156.00) $ | (83,615.50) |
| CNB | 22414399 | Withdrawal | 07/21/09 | Kelly, Brianna & Aidan Corp | | $ (4,197.00) $ | (87,812.50) |
| CNB | 22414399 | Withdrawal | 08/11/09 | Kelly, Brianna & Aidan Corp | | $ (4,156.00) $ | (91,968.50) |
| CNB | 22414399 | Withdrawal | 09/15/09 | Kelly, Brianna & Aidan Corp | | $ (4,141.50) $ | (96,110.00) |
| CNB | 22414399 | Withdrawal | 10/23/09 | Kelly, Brianna & Aidan Corp | | $ (4,131.00) $ | (100,241.00) |
| CNB | 22414399 | Withdrawal | 11/12/09 | Kelly, Brianna & Aidan Corp | | $ (4,162.00) $ | (104,403.00) |
| CNB | 22414399 | Withdrawal | 12/09/09 | Kelly, Brianna & Aidan Corp | | $ (4,165.50) $ | (108,568.50) |
| CNB | 22414399 | Withdrawal | 01/13/10 | Kelly, Brianna & Aidan Corp | | $ (4,093.50) $ | (112,662.00) |
| CNB | 22414399 | Withdrawal | 02/18/10 | Kelly, Brianna & Aidan Corp | | $ (4,207.50) $ | (116,869.50) |
| CNB | 22414399 | Withdrawal | 03/17/10 | Kelly, Brianna & Aidan Corp | | $ (4,265.50) $ | (121,135.00) |
| CNB | 22414399 | Withdrawal | 04/09/10 | Kelly, Brianna & Aidan Corp | | $ (4,458.50) $ | (125,593.50) |
| CNB | 22414399 | Withdrawal | 04/29/10 | Kelly, Brianna & Aidan Corp | 20% Adjustment | $ (5,575.50) $ | (131,169.00) |
| CNB | 22414399 | Withdrawal | 05/11/10 | Kelly, Brianna & Aidan Corp | | $ (4,576.50) $ | (135,745.50) |
| CNB | 22414399 | Withdrawal | 06/16/10 | Kelly, Brianna & Aidan Corp | | $ (4,669.50) $ | (140,415.00) |
| CNB | 22414399 | Withdrawal | 07/07/10 | Kelly, Brianna & Aidan Corp | | $ (4,736.50) $ | (145,151.50) |
| CNB | 22414399 | Withdrawal | 08/17/10 | Kelly, Brianna & Aidan Corp | | $ (4,837.50) $ | (149,989.00) |
| CNB | 22414399 | Withdrawal | 09/10/10 | Kelly, Brianna & Aidan Corp | | $ (4,937.50) $ | (154,926.50) |
| CNB | 22414399 | Withdrawal | 10/06/10 | Kelly, Brianna & Aidan Corp | | $ (4,962.50) $ | (159,889.00) |
| CNB | 22414399 | Withdrawal | 11/05/10 | Kelly, Brianna & Aidan Corp | | $ (4,880.00) $ | (164,769.00) |
| CNB | 22414399 | Withdrawal | 12/08/10 | Kelly, Brianna & Aidan Corp | | $ (5,072.00) $ | (169,841.00) |
| CNB | 22414399 | Withdrawal | 01/11/11 | Kelly, Brianna & Aidan Corp | | $ (5,183.50) $ | (175,024.50) |
| CNB | 22414399 | Withdrawal | 02/08/11 | Kelly, Brianna & Aidan Corp | | $ (5,244.50) $ | (180,269.00) |
| CNB | 22414399 | Withdrawal | 03/15/11 | Kelly, Brianna & Aidan Corp | | $ (5,225.00) $ | (185,494.00) |
| CNB | 22414399 | Withdrawal | 04/12/11 | Kelly, Brianna & Aidan Corp | | $ (5,116.00) $ | (190,610.00) |
| CNB | 22414399 | Withdrawal | 05/17/11 | Kelly, Brianna & Aidan Corp | | $ (5,241.00) $ | (195,851.00) |
| CNB | 22414399 | Withdrawal | 06/07/11 | Kelly, Brianna & Aidan Corp | | $ (5,073.50) $ | (200,924.50) |
| CNB | 22414399 | Withdrawal | 07/11/11 | Kelly, Brianna & Aidan Corp | | $ (5,076.50) $ | (206,001.00) |
| CNB | 22414399 | Withdrawal | 08/08/11 | Kelly, Brianna & Aidan Corp | | $ (5,131.50) $ | (211,132.50) |
| CNB | 22414399 | Withdrawal | 09/08/11 | Kelly, Brianna & Aidan Corp | | $ (6,564.00) $ | (217,696.50) |
| CNB | 22414399 | Withdrawal | 09/27/11 | Kelly, Brianna & Aidan Corp | 20% adjustment | $ (9,969.00) $ | (227,665.50) |
| CNB | 22414399 | Withdrawal | 10/06/11 | Kelly, Brianna & Aidan Corp | | $ (6,705.50) $ | (234,371.00) |
| CNB | 22414399 | Withdrawal | 11/14/11 | Kelly, Brianna & Aidan Corp | | $ (6,578.00) $ | (240,949.00) |
| CNB | 22414399 | Withdrawal | 12/13/11 | Kelly, Brianna & Aidan Corp | | $ (6,521.00) $ | (247,470.00) |
| CNB | 22414399 | Withdrawal | 01/09/12 | Kelly, Brianna & Aidan Corp | | $ (6,586.50) $ | (254,056.50) |
| CNB | 22414399 | Withdrawal | 02/08/12 | Kelly, Brianna & Aidan Corp | | $ (6,552.00) $ | (260,608.50) |
| CNB | 22414399 | Withdrawal | 03/06/12 | Kelly, Brianna & Aidan Corp | | $ (7,499.50) $ | (268,108.00) |
| CNB | 22414399 | Withdrawal | 04/06/12 | Kelly, Brianna & Aidan Corp | | $ (7,399.00) $ | (275,507.00) |
| CNB | 22414399 | Withdrawal | 05/08/12 | Kelly, Brianna & Aidan Corp | | $ (7,639.00) $ | (283,146.00) |
| CNB | 22414399 | Withdrawal | 06/08/12 | Kelly, Brianna & Aidan Corp | | $ (7,522.50) $ | (290,668.50) |
| CNB | 22414399 | Withdrawal | 07/05/12 | Kelly, Brianna & Aidan Corp | | $ (7,648.50) $ | (298,317.00) |
| CNB | 22414399 | Withdrawal | 08/08/12 | Kelly, Brianna & Aidan Corp | | $ (7,460.50) $ | (305,777.50) |
| CNB | 22414399 | Withdrawal | 09/06/12 | Kelly, Brianna & Aidan Corp | | $ (7,497.50) $ | (313,275.00) |
| CNB | 22414399 | Withdrawal | 10/04/12 | Kelly, Brianna & Aidan Corp | | $ (7,506.50) $ | (320,781.50) |
| CNB | 22414399 | Withdrawal | 11/06/12 | Kelly, Brianna & Aidan Corp | | $ (7,455.50) $ | (328,237.00) |
| CNB | 22414399 | Withdrawal | 12/04/12 | Kelly, Brianna & Aidan Corp | | $ (7,598.00) $ | (335,835.00) |
| CNB | 22414399 | Withdrawal | 01/03/13 | Kelly, Brianna & Aidan Corp | | $ (7,631.50) $ | (343,466.50) |
| CNB | 22414399 | Withdrawal | 02/14/13 | Kelly, Brianna & Aidan Corp | | $ (7,677.00) $ | (351,143.50) |
| CNB | 22414399 | Withdrawal | 03/13/13 | Kelly, Brianna & Aidan Corp | | $ (7,703.00) $ | (358,846.50) |
| CNB | 22414399 | Withdrawal | 04/04/13 | Kelly, Brianna & Aidan Corp | | $ (7,662.00) $ | (366,508.50) |
| CNB | 22414399 | Withdrawal | 05/07/13 | Kelly, Brianna & Aidan Corp | | $ (7,630.00) $ | (374,138.50) |
| CNB | 22414399 | Withdrawal | 06/04/13 | Kelly, Brianna & Aidan Corp | | $ (7,639.50) $ | (381,778.00) |
| CNB | 22414399 | Withdrawal | 07/10/13 | Kelly, Brianna & Aidan Corp | | $ (7,823.50) $ | (389,601.50) |
| CNB | 22414399 | Withdrawal | 08/07/13 | Kelly, Brianna & Aidan Corp | | $ (7,866.50) $ | (397,468.00) |
| CNB | 22414399 | Withdrawal | 09/10/13 | Kelly, Brianna & Aidan Corp | | $ (7,813.50) $ | (405,281.50) |
| CNB | 22414399 | Withdrawal | 10/08/13 | Kelly, Brianna & Aidan Corp | | $ (7,773.50) $ | (413,055.00) |
| CNB | 22414399 | Withdrawal | 11/06/13 | Kelly, Brianna & Aidan Corp | | $ (7,847.00) $ | (420,902.00) |
| CNB | 22414399 | Withdrawal | 12/10/13 | Kelly, Brianna & Aidan Corp | | $ (7,865.50) $ | (428,767.50) |
| CNB | 22414399 | Withdrawal | 01/14/14 | Kelly, Brianna & Aidan Corp | | $ (7,787.00) $ | (436,554.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 02/10/14 | Kelly, Brianna & Aidan Corp | | $ (7,770.00) | $ (444,324.50) |
| CNB | 22414399 | Withdrawal | 03/07/14 | Kelly, Brianna & Aidan Corp | | $ (7,499.50) | $ (451,824.00) |
| CNB | 22414399 | Withdrawal | 04/08/14 | Kelly, Brianna & Aidan Corp | | $ (7,358.00) | $ (459,182.00) |
| CNB | 22414399 | Withdrawal | 05/07/14 | Kelly, Brianna & Aidan Corp | | $ (7,531.50) | $ (466,713.50) |
| CNB | 22414399 | Withdrawal | 06/05/14 | Kelly, Brianna & Aidan Corp | | $ (8,681.50) | $ (475,395.00) |
| CNB | 22414399 | Withdrawal | 07/09/14 | Kelly, Brianna & Aidan Corp | | $ (8,786.50) | $ (484,181.50) |
| CNB | 22414399 | Withdrawal | 08/12/14 | Kelly, Brianna & Aidan Corp | | $ (8,881.50) | $ (493,063.00) |
| | | | | | **Total** | $ (493,063.00) | |

**Sean Sullivan & Devin Sullivan - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Total Check Amount | Allocation of Check | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 11/29/06 | Sean Sullivan & Devin Sullivan | 2 ATMs | $ 96,000.00 | $ 24,000.00 | $ 24,000.00 |
| CNB | 22414410 | Deposit | 07/12/07 | Sean Sullivan & Devin Sullivan | 3 ATMs | $ 108,000.00 | $ 36,000.00 | $ 60,000.00 |
| | | | | | **Total** | | $ 60,000.00 | |

**Sean Sullivan & Devin Sullivan - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 04/01/07 | Sean Sullivan & Devin Sullivan | | $ (363.00) | (363.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Sean Sullivan & Devin Sullivan | | $ (374.50) | (737.50) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Sean Sullivan & Devin Sullivan | | $ (386.00) | (1,123.50) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Sean Sullivan & Devin Sullivan | | $ (371.00) | (1,494.50) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Sean Sullivan & Devin Sullivan | | $ (371.50) | (1,866.00) |
| CNB | 22414399 | Withdrawal | 09/20/07 | Sean Sullivan & Devin Sullivan | | $ (1,004.50) | (2,870.50) |
| CNB | 22414399 | Withdrawal | 10/04/07 | Sean Sullivan & Devin Sullivan | | $ (992.50) | (3,863.00) |
| CNB | 22414399 | Withdrawal | 11/06/07 | Sean Sullivan & Devin Sullivan | | $ (1,004.50) | (4,867.50) |
| CNB | 22414399 | Withdrawal | 12/18/07 | Sean Sullivan & Devin Sullivan | | $ (987.00) | (5,854.50) |
| CNB | 22414399 | Withdrawal | 01/10/08 | Sean Sullivan & Devin Sullivan | | $ (978.00) | (6,832.50) |
| CNB | 22414399 | Withdrawal | 02/15/08 | Sean Sullivan & Devin Sullivan | | $ (978.00) | (7,810.50) |
| CNB | 22414399 | Withdrawal | 03/11/08 | Sean Sullivan & Devin Sullivan | | $ (976.50) | (8,787.00) |
| CNB | 22414399 | Withdrawal | 05/12/08 | Sean Sullivan & Devin Sullivan | | $ (1,006.00) | (9,793.00) |
| CNB | 22414399 | Withdrawal | 05/13/08 | Sean Sullivan & Devin Sullivan | | $ (976.50) | (10,769.50) |
| CNB | 22414399 | Withdrawal | 06/06/08 | Sean Sullivan & Devin Sullivan | | $ (979.50) | (11,749.00) |
| CNB | 22414399 | Withdrawal | 07/16/08 | Sean Sullivan & Devin Sullivan | | $ (955.00) | (12,704.00) |
| CNB | 22414399 | Withdrawal | 08/07/08 | Sean Sullivan & Devin Sullivan | | $ (927.00) | (13,631.00) |
| CNB | 22414399 | Withdrawal | 09/09/08 | Sean Sullivan & Devin Sullivan | | $ (949.50) | (14,580.50) |
| CNB | 22414399 | Withdrawal | 10/16/08 | Sean Sullivan & Devin Sullivan | | $ (973.00) | (15,553.50) |
| CNB | 22414399 | Withdrawal | 11/10/08 | Sean Sullivan & Devin Sullivan | | $ (945.50) | (16,499.00) |
| CNB | 22414399 | Withdrawal | 12/09/08 | Sean Sullivan & Devin Sullivan | | $ (924.00) | (17,423.00) |
| CNB | 22414399 | Withdrawal | 01/09/09 | Sean Sullivan & Devin Sullivan | | $ (880.00) | (18,303.00) |
| CNB | 22414399 | Withdrawal | 02/04/09 | Sean Sullivan & Devin Sullivan | | $ (871.50) | (19,174.50) |
| CNB | 22414399 | Withdrawal | 03/18/09 | Sean Sullivan & Devin Sullivan | | $ (847.00) | (20,021.50) |
| CNB | 22414399 | Withdrawal | 04/09/09 | Sean Sullivan & Devin Sullivan | | $ (822.00) | (20,843.50) |
| CNB | 22414399 | Withdrawal | 05/05/09 | Sean Sullivan & Devin Sullivan | | $ (832.50) | (21,676.00) |
| CNB | 22414399 | Withdrawal | 06/17/09 | Sean Sullivan & Devin Sullivan | | $ (834.00) | (22,510.00) |
| CNB | 22414399 | Withdrawal | 07/20/09 | Sean Sullivan & Devin Sullivan | | $ (850.50) | (23,360.50) |
| CNB | 22414399 | Withdrawal | 08/11/09 | Sean Sullivan & Devin Sullivan | | $ (809.50) | (24,170.00) |
| CNB | 22414399 | Withdrawal | 09/14/09 | Sean Sullivan & Devin Sullivan | | $ (818.50) | (24,988.50) |
| CNB | 22414399 | Withdrawal | 10/07/09 | Sean Sullivan & Devin Sullivan | | $ (818.50) | (25,807.00) |
| CNB | 22414399 | Withdrawal | 11/13/09 | Sean Sullivan & Devin Sullivan | | $ (840.50) | (26,647.50) |
| CNB | 22414399 | Withdrawal | 12/08/09 | Sean Sullivan & Devin Sullivan | | $ (847.00) | (27,494.50) |
| CNB | 22414399 | Withdrawal | 01/14/10 | Sean Sullivan & Devin Sullivan | | $ (833.50) | (28,328.00) |
| CNB | 22414399 | Withdrawal | 02/09/10 | Sean Sullivan & Devin Sullivan | | $ (855.50) | (29,183.50) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Devin Sullivan | | $ (877.50) | (30,061.00) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Devin Sullivan | 20% adjustment | $ (330.50) | (30,391.50) |
| CNB | 22414399 | Withdrawal | 04/09/10 | Sean Sullivan & Devin Sullivan | | $ (920.50) | (31,312.00) |
| CNB | 22414399 | Withdrawal | 05/11/10 | Sean Sullivan & Devin Sullivan | | $ (944.00) | (32,256.00) |
| CNB | 22414399 | Withdrawal | 06/03/10 | Sean Sullivan & Devin Sullivan | | $ (943.50) | (33,199.50) |
| CNB | 22414399 | Withdrawal | 07/07/10 | Sean Sullivan & Devin Sullivan | | $ (939.50) | (34,139.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 08/18/10 | Sean Sullivan & Devin Sullivan | | $ (962.00) $ | (35,101.00) |
| CNB | 22414399 | Withdrawal | 09/10/10 | Sean Sullivan & Devin Sullivan | | $ (985.00) $ | (36,086.00) |
| CNB | 22414399 | Withdrawal | 10/13/10 | Sean Sullivan & Devin Sullivan | | $ (983.00) $ | (37,069.00) |
| CNB | 22414399 | Withdrawal | 11/05/10 | Sean Sullivan & Devin Sullivan | | $ (964.50) $ | (38,033.50) |
| CNB | 22414399 | Withdrawal | 12/07/10 | Sean Sullivan & Devin Sullivan | | $ (1,003.00) $ | (39,036.50) |
| CNB | 22414399 | Withdrawal | 01/11/11 | Sean Sullivan & Devin Sullivan | | $ (1,006.50) $ | (40,043.00) |
| CNB | 22414399 | Withdrawal | 02/08/11 | Sean Sullivan & Devin Sullivan | | $ (1,043.50) $ | (41,086.50) |
| CNB | 22414399 | Withdrawal | 03/14/11 | Sean Sullivan & Devin Sullivan | | $ (1,071.00) $ | (42,157.50) |
| CNB | 22414399 | Withdrawal | 04/12/11 | Sean Sullivan & Devin Sullivan | | $ (1,050.00) $ | (43,207.50) |
| CNB | 22414399 | Withdrawal | 05/05/11 | Sean Sullivan & Devin Sullivan | | $ (1,077.00) $ | (44,284.50) |
| CNB | 22414399 | Withdrawal | 06/08/11 | Sean Sullivan & Devin Sullivan | | $ (1,065.50) $ | (45,350.00) |
| CNB | 22414399 | Withdrawal | 07/12/11 | Sean Sullivan & Devin Sullivan | | $ (1,074.00) $ | (46,424.00) |
| CNB | 22414399 | Withdrawal | 08/08/11 | Sean Sullivan & Devin Sullivan | | $ (1,094.00) $ | (47,518.00) |
| CNB | 22414399 | Withdrawal | 09/07/11 | Sean Sullivan & Devin Sullivan | | $ (1,076.00) $ | (48,594.00) |
| CNB | 22414399 | Withdrawal | 10/11/11 | Sean Sullivan & Devin Sullivan | | $ (1,096.50) $ | (49,690.50) |
| CNB | 22414399 | Withdrawal | 11/09/11 | Sean Sullivan & Devin Sullivan | | $ (1,074.00) $ | (50,764.50) |
| CNB | 22414399 | Withdrawal | 12/13/11 | Sean Sullivan & Devin Sullivan | | $ (1,057.00) $ | (51,821.50) |
| CNB | 22414399 | Withdrawal | 01/10/12 | Sean Sullivan & Devin Sullivan | | $ (1,080.00) $ | (52,901.50) |
| CNB | 22414399 | Withdrawal | 02/07/12 | Sean Sullivan & Devin Sullivan | | $ (1,059.00) $ | (53,960.50) |
| CNB | 22414399 | Withdrawal | 03/06/12 | Sean Sullivan & Devin Sullivan | | $ (1,082.50) $ | (55,043.00) |
| CNB | 22414399 | Withdrawal | 04/09/12 | Sean Sullivan & Devin Sullivan | | $ (1,059.50) $ | (56,102.50) |
| CNB | 22414399 | Withdrawal | 05/09/12 | Sean Sullivan & Devin Sullivan | | $ (1,090.00) $ | (57,192.50) |
| CNB | 22414399 | Withdrawal | 06/12/12 | Sean Sullivan & Devin Sullivan | | $ (1,069.00) $ | (58,261.50) |
| CNB | 22414399 | Withdrawal | 07/06/12 | Sean Sullivan & Devin Sullivan | | $ (1,095.00) $ | (59,356.50) |
| CNB | 22414399 | Withdrawal | 08/08/12 | Sean Sullivan & Devin Sullivan | | $ (1,102.00) $ | (60,458.50) |
| CNB | 22414399 | Withdrawal | 09/07/12 | Sean Sullivan & Devin Sullivan | | $ (1,088.50) $ | (61,547.00) |
| CNB | 22414399 | Withdrawal | 10/05/12 | Sean Sullivan & Devin Sullivan | | $ (1,092.00) $ | (62,639.00) |
| CNB | 22414399 | Withdrawal | 11/07/12 | Sean Sullivan & Devin Sullivan | | $ (1,090.00) $ | (63,729.00) |
| CNB | 22414399 | Withdrawal | 12/06/12 | Sean Sullivan & Devin Sullivan | | $ (1,093.50) $ | (64,822.50) |
| CNB | 22414399 | Withdrawal | 01/07/13 | Sean Sullivan & Devin Sullivan | | $ (1,092.50) $ | (65,915.00) |
| CNB | 22414399 | Withdrawal | 02/19/13 | Sean Sullivan & Devin Sullivan | | $ (1,098.50) $ | (67,013.50) |
| CNB | 22414399 | Withdrawal | 03/20/13 | Sean Sullivan & Devin Sullivan | | $ (1,127.00) $ | (68,140.50) |
| CNB | 22414399 | Withdrawal | 04/09/13 | Sean Sullivan & Devin Sullivan | | $ (1,133.50) $ | (69,274.00) |
| CNB | 22414399 | Withdrawal | 05/08/13 | Sean Sullivan & Devin Sullivan | | $ (1,121.00) $ | (70,395.00) |
| CNB | 22414399 | Withdrawal | 06/05/13 | Sean Sullivan & Devin Sullivan | | $ (1,105.00) $ | (71,500.00) |
| CNB | 22414399 | Withdrawal | 07/11/13 | Sean Sullivan & Devin Sullivan | | $ (1,130.00) $ | (72,630.00) |
| CNB | 22414399 | Withdrawal | 08/14/13 | Sean Sullivan & Devin Sullivan | | $ (1,125.50) $ | (73,755.50) |
| CNB | 22414399 | Withdrawal | 09/10/13 | Sean Sullivan & Devin Sullivan | | $ (1,112.00) $ | (74,867.50) |
| CNB | 22414399 | Withdrawal | 10/07/13 | Sean Sullivan & Devin Sullivan | | $ (1,110.50) $ | (75,978.00) |
| CNB | 22414399 | Withdrawal | 11/08/13 | Sean Sullivan & Devin Sullivan | | $ (1,096.50) $ | (77,074.50) |
| CNB | 22414399 | Withdrawal | 12/17/13 | Sean Sullivan & Devin Sullivan | | $ (1,123.00) $ | (78,197.50) |
| CNB | 22414399 | Withdrawal | 01/13/14 | Sean Sullivan & Devin Sullivan | | $ (1,109.00) $ | (79,306.50) |
| CNB | 22414399 | Withdrawal | 02/11/14 | Sean Sullivan & Devin Sullivan | | $ (1,106.00) $ | (80,412.50) |
| CNB | 22414399 | Withdrawal | 03/10/14 | Sean Sullivan & Devin Sullivan | | $ (1,099.50) $ | (81,512.00) |
| CNB | 22414399 | Withdrawal | 04/09/14 | Sean Sullivan & Devin Sullivan | | $ (1,073.50) $ | (82,585.50) |
| CNB | 22414399 | Withdrawal | 05/08/14 | Sean Sullivan & Devin Sullivan | | $ (1,098.00) $ | (83,683.50) |
| CNB | 22414399 | Withdrawal | 06/06/14 | Sean Sullivan & Devin Sullivan | | $ (1,111.00) $ | (84,794.50) |
| CNB | 22414399 | Withdrawal | 07/14/14 | Sean Sullivan & Devin Sullivan | | $ (1,135.50) $ | (85,930.00) |
| | | | | | **Total** | $ (85,930.00) | |

**Sean Sullivan & Meghan Boustany - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Total Check Amount | Allocation of Check | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 11/29/06 | Sean Sullivan & Meghan Boustany | 8 ATMs | $ 96,000.00 | $ 24,000.00 | $ 24,000.00 |
| CNB | 22414410 | Deposit | 07/12/07 | Sean Sullivan & Meghan Boustany | 9 ATMs | $ 108,000.00 | $ 24,000.00 | $ 48,000.00 |
| | | | | | **Total** | | **$ 48,000.00** | |

**Sean Sullivan & Meghan Boustany - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 04/01/07 | Sean Sullivan & Meghan Boustany | | $ (371.00) $ | (371.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Sean Sullivan & Meghan Boustany | | $ (383.00) $ | (754.00) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Sean Sullivan & Meghan Boustany | | $ (373.00) $ | (1,127.00) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Sean Sullivan & Meghan Boustany | | $ (391.00) $ | (1,518.00) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Sean Sullivan & Meghan Boustany | | $ (385.50) $ | (1,903.50) |
| CNB | 22414399 | Withdrawal | 09/21/07 | Sean Sullivan & Meghan Boustany | | $ (773.00) $ | (2,676.50) |
| CNB | 22414399 | Withdrawal | 10/04/07 | Sean Sullivan & Meghan Boustany | | $ (774.50) $ | (3,451.00) |
| CNB | 22414399 | Withdrawal | 11/07/07 | Sean Sullivan & Meghan Boustany | | $ (783.00) $ | (4,234.00) |
| CNB | 22414399 | Withdrawal | 12/18/07 | Sean Sullivan & Meghan Boustany | | $ (805.50) $ | (5,039.50) |
| CNB | 22414399 | Withdrawal | 01/10/08 | Sean Sullivan & Meghan Boustany | | $ (788.00) $ | (5,827.50) |
| CNB | 22414399 | Withdrawal | 02/15/08 | Sean Sullivan & Meghan Boustany | | $ (786.00) $ | (6,613.50) |
| CNB | 22414399 | Withdrawal | 03/11/08 | Sean Sullivan & Meghan Boustany | | $ (789.00) $ | (7,402.50) |
| CNB | 22414399 | Withdrawal | 05/12/08 | Sean Sullivan & Meghan Boustany | | $ (773.00) $ | (8,175.50) |
| CNB | 22414399 | Withdrawal | 05/13/08 | Sean Sullivan & Meghan Boustany | | $ (749.00) $ | (8,924.50) |
| CNB | 22414399 | Withdrawal | 06/06/08 | Sean Sullivan & Meghan Boustany | | $ (765.50) $ | (9,690.00) |
| CNB | 22414399 | Withdrawal | 07/16/08 | Sean Sullivan & Meghan Boustany | | $ (761.50) $ | (10,451.50) |
| CNB | 22414399 | Withdrawal | 08/07/08 | Sean Sullivan & Meghan Boustany | | $ (737.50) $ | (11,189.00) |
| CNB | 22414399 | Withdrawal | 09/09/08 | Sean Sullivan & Meghan Boustany | | $ (752.00) $ | (11,941.00) |
| CNB | 22414399 | Withdrawal | 10/16/08 | Sean Sullivan & Meghan Boustany | | $ (733.00) $ | (12,674.00) |
| CNB | 22414399 | Withdrawal | 11/10/08 | Sean Sullivan & Meghan Boustany | | $ (743.00) $ | (13,417.00) |
| CNB | 22414399 | Withdrawal | 12/09/08 | Sean Sullivan & Meghan Boustany | | $ (722.00) $ | (14,139.00) |
| CNB | 22414399 | Withdrawal | 01/09/09 | Sean Sullivan & Meghan Boustany | | $ (690.00) $ | (14,829.00) |
| CNB | 22414399 | Withdrawal | 02/04/09 | Sean Sullivan & Meghan Boustany | | $ (679.00) $ | (15,508.00) |
| CNB | 22414399 | Withdrawal | 03/18/09 | Sean Sullivan & Meghan Boustany | | $ (664.50) $ | (16,172.50) |
| CNB | 22414399 | Withdrawal | 04/09/09 | Sean Sullivan & Meghan Boustany | | $ (647.50) $ | (16,820.00) |
| CNB | 22414399 | Withdrawal | 05/05/09 | Sean Sullivan & Meghan Boustany | | $ (651.00) $ | (17,471.00) |
| CNB | 22414399 | Withdrawal | 06/17/09 | Sean Sullivan & Meghan Boustany | | $ (653.50) $ | (18,124.50) |
| CNB | 22414399 | Withdrawal | 07/20/09 | Sean Sullivan & Meghan Boustany | | $ (657.50) $ | (18,782.00) |
| CNB | 22414399 | Withdrawal | 08/11/09 | Sean Sullivan & Meghan Boustany | | $ (646.50) $ | (19,428.50) |
| CNB | 22414399 | Withdrawal | 09/14/09 | Sean Sullivan & Meghan Boustany | | $ (635.50) $ | (20,064.00) |
| CNB | 22414399 | Withdrawal | 10/07/09 | Sean Sullivan & Meghan Boustany | | $ (651.50) $ | (20,715.50) |
| CNB | 22414399 | Withdrawal | 11/13/09 | Sean Sullivan & Meghan Boustany | | $ (663.00) $ | (21,378.50) |
| CNB | 22414399 | Withdrawal | 12/08/09 | Sean Sullivan & Meghan Boustany | | $ (666.50) $ | (22,045.00) |
| CNB | 22414399 | Withdrawal | 01/14/10 | Sean Sullivan & Meghan Boustany | | $ (690.50) $ | (22,735.50) |
| CNB | 22414399 | Withdrawal | 02/09/10 | Sean Sullivan & Meghan Boustany | | $ (701.00) $ | (23,436.50) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Meghan Boustany | | $ (696.00) $ | (24,132.50) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Meghan Boustany | | $ (285.00) $ | (24,417.50) |
| CNB | 22414399 | Withdrawal | 04/09/10 | Sean Sullivan & Meghan Boustany | | $ (730.00) $ | (25,147.50) |
| CNB | 22414399 | Withdrawal | 05/11/10 | Sean Sullivan & Meghan Boustany | | $ (748.00) $ | (25,895.50) |
| CNB | 22414399 | Withdrawal | 06/03/10 | Sean Sullivan & Meghan Boustany | | $ (755.50) $ | (26,651.00) |
| CNB | 22414399 | Withdrawal | 07/07/10 | Sean Sullivan & Meghan Boustany | | $ (749.50) $ | (27,400.50) |
| CNB | 22414399 | Withdrawal | 08/18/10 | Sean Sullivan & Meghan Boustany | | $ (766.50) $ | (28,167.00) |
| CNB | 22414399 | Withdrawal | 09/10/10 | Sean Sullivan & Meghan Boustany | | $ (777.00) $ | (28,944.00) |
| CNB | 22414399 | Withdrawal | 10/13/10 | Sean Sullivan & Meghan Boustany | | $ (772.50) $ | (29,716.50) |
| CNB | 22414399 | Withdrawal | 11/05/10 | Sean Sullivan & Meghan Boustany | | $ (761.00) $ | (30,477.50) |
| CNB | 22414399 | Withdrawal | 12/07/10 | Sean Sullivan & Meghan Boustany | | $ (792.00) $ | (31,269.50) |
| CNB | 22414399 | Withdrawal | 01/11/11 | Sean Sullivan & Meghan Boustany | | $ (793.50) $ | (32,063.00) |
| CNB | 22414399 | Withdrawal | 02/08/11 | Sean Sullivan & Meghan Boustany | | $ (820.00) $ | (32,883.00) |
| CNB | 22414399 | Withdrawal | 03/14/11 | Sean Sullivan & Meghan Boustany | | $ (833.50) $ | (33,716.50) |
| CNB | 22414399 | Withdrawal | 04/12/11 | Sean Sullivan & Meghan Boustany | | $ (816.50) $ | (34,533.00) |
| CNB | 22414399 | Withdrawal | 05/05/11 | Sean Sullivan & Meghan Boustany | | $ (838.00) $ | (35,371.00) |
| CNB | 22414399 | Withdrawal | 06/08/11 | Sean Sullivan & Meghan Boustany | | $ (814.50) $ | (36,185.50) |
| CNB | 22414399 | Withdrawal | 07/12/11 | Sean Sullivan & Meghan Boustany | | $ (826.00) $ | (37,011.50) |
| CNB | 22414399 | Withdrawal | 08/08/11 | Sean Sullivan & Meghan Boustany | | $ (846.00) $ | (37,857.50) |
| CNB | 22414399 | Withdrawal | 09/07/11 | Sean Sullivan & Meghan Boustany | | $ (832.00) $ | (38,689.50) |
| CNB | 22414399 | Withdrawal | 10/11/11 | Sean Sullivan & Meghan Boustany | | $ (852.00) $ | (39,541.50) |
| CNB | 22414399 | Withdrawal | 11/09/11 | Sean Sullivan & Meghan Boustany | | $ (833.50) $ | (40,375.00) |
| CNB | 22414399 | Withdrawal | 12/13/11 | Sean Sullivan & Meghan Boustany | | $ (822.00) $ | (41,197.00) |
| CNB | 22414399 | Withdrawal | 01/10/12 | Sean Sullivan & Meghan Boustany | | $ (843.50) $ | (42,040.50) |
| CNB | 22414399 | Withdrawal | 02/14/12 | Sean Sullivan & Meghan Boustany | | $ (853.00) $ | (42,893.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| | | | | | Total | $ (42,893.50) | |

**Sean Sullivan & Molly Robotti - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Total Check Amount | Allocation of Check | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 11/29/06 | Sean Sullivan & Molly Robotti | 8 ATMs | $ 96,000.00 | $ 24,000.00 | $ 24,000.00 |
| CNB | 22414410 | Deposit | 07/12/07 | Sean Sullivan & Molly Robotti | 9 ATMs | $ 108,000.00 | $ 24,000.00 | $ 48,000.00 |
| | | | | | Total | | $ 48,000.00 | |

**Sean Sullivan & Molly Robotti - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 04/01/07 | Sean Sullivan & Molly Robotti | | $ (372.50) | (372.50) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Sean Sullivan & Molly Robotti | | $ (385.50) | (758.00) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Sean Sullivan & Molly Robotti | | $ (387.00) | (1,145.00) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Sean Sullivan & Molly Robotti | | $ (372.00) | (1,517.00) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Sean Sullivan & Molly Robotti | | $ (382.50) | (1,899.50) |
| CNB | 22414399 | Withdrawal | 09/20/07 | Sean Sullivan & Molly Robotti | | $ (818.00) | (2,717.50) |
| CNB | 22414399 | Withdrawal | 10/04/07 | Sean Sullivan & Molly Robotti | | $ (803.00) | (3,520.50) |
| CNB | 22414399 | Withdrawal | 11/06/07 | Sean Sullivan & Molly Robotti | | $ (800.50) | (4,321.00) |
| CNB | 22414399 | Withdrawal | 12/11/07 | Sean Sullivan & Molly Robotti | | $ (813.00) | (5,134.00) |
| CNB | 22414399 | Withdrawal | 01/10/08 | Sean Sullivan & Molly Robotti | | $ (814.50) | (5,948.50) |
| CNB | 22414399 | Withdrawal | 02/15/08 | Sean Sullivan & Molly Robotti | | $ (793.00) | (6,741.50) |
| CNB | 22414399 | Withdrawal | 03/11/08 | Sean Sullivan & Molly Robotti | | $ (802.00) | (7,543.50) |
| CNB | 22414399 | Withdrawal | 05/12/08 | Sean Sullivan & Molly Robotti | | $ (810.00) | (8,353.50) |
| CNB | 22414399 | Withdrawal | 05/13/08 | Sean Sullivan & Molly Robotti | | $ (785.50) | (9,139.00) |
| CNB | 22414399 | Withdrawal | 06/06/08 | Sean Sullivan & Molly Robotti | | $ (785.00) | (9,924.00) |
| CNB | 22414399 | Withdrawal | 07/16/08 | Sean Sullivan & Molly Robotti | | $ (787.00) | (10,711.00) |
| CNB | 22414399 | Withdrawal | 08/07/08 | Sean Sullivan & Molly Robotti | | $ (764.00) | (11,475.00) |
| CNB | 22414399 | Withdrawal | 09/09/08 | Sean Sullivan & Molly Robotti | | $ (773.00) | (12,248.00) |
| CNB | 22414399 | Withdrawal | 10/16/08 | Sean Sullivan & Molly Robotti | | $ (774.00) | (13,022.00) |
| CNB | 22414399 | Withdrawal | 11/10/08 | Sean Sullivan & Molly Robotti | | $ (751.50) | (13,773.50) |
| CNB | 22414399 | Withdrawal | 12/09/08 | Sean Sullivan & Molly Robotti | | $ (735.00) | (14,508.50) |
| CNB | 22414399 | Withdrawal | 01/09/09 | Sean Sullivan & Molly Robotti | | $ (699.50) | (15,208.00) |
| CNB | 22414399 | Withdrawal | 02/04/09 | Sean Sullivan & Molly Robotti | | $ (698.00) | (15,906.00) |
| CNB | 22414399 | Withdrawal | 03/18/09 | Sean Sullivan & Molly Robotti | | $ (680.00) | (16,586.00) |
| CNB | 22414399 | Withdrawal | 04/09/09 | Sean Sullivan & Molly Robotti | | $ (650.50) | (17,236.50) |
| CNB | 22414399 | Withdrawal | 05/05/09 | Sean Sullivan & Molly Robotti | | $ (667.50) | (17,904.00) |
| CNB | 22414399 | Withdrawal | 06/17/09 | Sean Sullivan & Molly Robotti | | $ (659.00) | (18,563.00) |
| CNB | 22414399 | Withdrawal | 07/20/09 | Sean Sullivan & Molly Robotti | | $ (678.00) | (19,241.00) |
| CNB | 22414399 | Withdrawal | 08/11/09 | Sean Sullivan & Molly Robotti | | $ (658.50) | (19,899.50) |
| CNB | 22414399 | Withdrawal | 09/14/09 | Sean Sullivan & Molly Robotti | | $ (661.00) | (20,560.50) |
| CNB | 22414399 | Withdrawal | 10/07/09 | Sean Sullivan & Molly Robotti | | $ (658.00) | (21,218.50) |
| CNB | 22414399 | Withdrawal | 11/13/09 | Sean Sullivan & Molly Robotti | | $ (661.50) | (21,880.00) |
| CNB | 22414399 | Withdrawal | 12/08/09 | Sean Sullivan & Molly Robotti | | $ (671.00) | (22,551.00) |
| CNB | 22414399 | Withdrawal | 01/14/10 | Sean Sullivan & Molly Robotti | | $ (680.00) | (23,231.00) |
| CNB | 22414399 | Withdrawal | 02/09/10 | Sean Sullivan & Molly Robotti | | $ (688.50) | (23,919.50) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Molly Robotti | | $ (708.00) | (24,627.50) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Molly Robotti | | $ (185.50) | (24,813.00) |
| CNB | 22414399 | Withdrawal | 04/09/10 | Sean Sullivan & Molly Robotti | | $ (735.50) | (25,548.50) |
| CNB | 22414399 | Withdrawal | 05/11/10 | Sean Sullivan & Molly Robotti | | $ (756.50) | (26,305.00) |
| CNB | 22414399 | Withdrawal | 06/03/10 | Sean Sullivan & Molly Robotti | | $ (756.00) | (27,061.00) |
| CNB | 22414399 | Withdrawal | 07/07/10 | Sean Sullivan & Molly Robotti | | $ (752.00) | (27,813.00) |
| CNB | 22414399 | Withdrawal | 08/18/10 | Sean Sullivan & Molly Robotti | | $ (771.00) | (28,584.00) |
| CNB | 22414399 | Withdrawal | 09/10/10 | Sean Sullivan & Molly Robotti | | $ (790.00) | (29,374.00) |
| CNB | 22414399 | Withdrawal | 10/13/10 | Sean Sullivan & Molly Robotti | | $ (781.00) | (30,155.00) |
| CNB | 22414399 | Withdrawal | 11/05/10 | Sean Sullivan & Molly Robotti | | $ (770.50) | (30,925.50) |
| CNB | 22414399 | Withdrawal | 12/07/10 | Sean Sullivan & Molly Robotti | | $ (800.50) | (31,726.00) |
| CNB | 22414399 | Withdrawal | 01/11/11 | Sean Sullivan & Molly Robotti | | $ (821.00) | (32,547.00) |
| CNB | 22414399 | Withdrawal | 02/08/11 | Sean Sullivan & Molly Robotti | | $ (848.00) | (33,395.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 03/14/11 | Sean Sullivan & Molly Robotti | | $ (855.50) $ | (34,250.50) |
| CNB | 22414399 | Withdrawal | 04/12/11 | Sean Sullivan & Molly Robotti | | $ (838.00) $ | (35,088.50) |
| CNB | 22414399 | Withdrawal | 05/05/11 | Sean Sullivan & Molly Robotti | | $ (857.50) $ | (35,946.00) |
| CNB | 22414399 | Withdrawal | 06/08/11 | Sean Sullivan & Molly Robotti | | $ (845.00) $ | (36,791.00) |
| CNB | 22414399 | Withdrawal | 07/12/11 | Sean Sullivan & Molly Robotti | | $ (842.00) $ | (37,633.00) |
| CNB | 22414399 | Withdrawal | 08/08/11 | Sean Sullivan & Molly Robotti | | $ (860.50) $ | (38,493.50) |
| CNB | 22414399 | Withdrawal | 09/07/11 | Sean Sullivan & Molly Robotti | | $ (841.50) $ | (39,335.00) |
| CNB | 22414399 | Withdrawal | 10/11/11 | Sean Sullivan & Molly Robotti | | $ (859.50) $ | (40,194.50) |
| CNB | 22414399 | Withdrawal | 11/09/11 | Sean Sullivan & Molly Robotti | | $ (843.00) $ | (41,037.50) |
| CNB | 22414399 | Withdrawal | 12/13/11 | Sean Sullivan & Molly Robotti | | $ (831.50) $ | (41,869.00) |
| CNB | 22414399 | Withdrawal | 01/10/12 | Sean Sullivan & Molly Robotti | | $ (845.00) $ | (42,714.00) |
| CNB | 22414399 | Withdrawal | 02/07/12 | Sean Sullivan & Molly Robotti | | $ (847.00) $ | (43,561.00) |
| CNB | 22414399 | Withdrawal | 03/06/12 | Sean Sullivan & Molly Robotti | | $ (865.50) $ | (44,426.50) |
| CNB | 22414399 | Withdrawal | 04/09/12 | Sean Sullivan & Molly Robotti | | $ (847.50) $ | (45,274.00) |
| CNB | 22414399 | Withdrawal | 05/09/12 | Sean Sullivan & Molly Robotti | | $ (871.00) $ | (46,145.00) |
| CNB | 22414399 | Withdrawal | 06/12/12 | Sean Sullivan & Molly Robotti | | $ (854.50) $ | (46,999.50) |
| CNB | 22414399 | Withdrawal | 07/06/12 | Sean Sullivan & Molly Robotti | | $ (879.00) $ | (47,878.50) |
| CNB | 22414399 | Withdrawal | 08/08/12 | Sean Sullivan & Molly Robotti | | $ (866.00) $ | (48,744.50) |
| CNB | 22414399 | Withdrawal | 09/10/12 | Sean Sullivan & Molly Robotti | | $ (867.50) $ | (49,612.00) |
| CNB | 22414399 | Withdrawal | 10/05/12 | Sean Sullivan & Molly Robotti | | $ (866.50) $ | (50,478.50) |
| CNB | 22414399 | Withdrawal | 11/07/12 | Sean Sullivan & Molly Robotti | | $ (867.00) $ | (51,345.50) |
| CNB | 22414399 | Withdrawal | 12/06/12 | Sean Sullivan & Molly Robotti | | $ (870.00) $ | (52,215.50) |
| CNB | 22414399 | Withdrawal | 01/07/13 | Sean Sullivan & Molly Robotti | | $ (869.00) $ | (53,084.50) |
| CNB | 22414399 | Withdrawal | 02/15/13 | Sean Sullivan & Molly Robotti | | $ (879.00) $ | (53,963.50) |
| CNB | 22414399 | Withdrawal | 03/20/13 | Sean Sullivan & Molly Robotti | | $ (890.00) $ | (54,853.50) |
| CNB | 22414399 | Withdrawal | 04/09/13 | Sean Sullivan & Molly Robotti | | $ (891.50) $ | (55,745.00) |
| CNB | 22414399 | Withdrawal | 05/08/13 | Sean Sullivan & Molly Robotti | | $ (873.00) $ | (56,618.00) |
| CNB | 22414399 | Withdrawal | 06/05/13 | Sean Sullivan & Molly Robotti | | $ (865.00) $ | (57,483.00) |
| CNB | 22414399 | Withdrawal | 07/11/13 | Sean Sullivan & Molly Robotti | | $ (887.50) $ | (58,370.50) |
| CNB | 22414399 | Withdrawal | 08/14/13 | Sean Sullivan & Molly Robotti | | $ (877.00) $ | (59,247.50) |
| CNB | 22414399 | Withdrawal | 09/10/13 | Sean Sullivan & Molly Robotti | | $ (880.00) $ | (60,127.50) |
| CNB | 22414399 | Withdrawal | 10/07/13 | Sean Sullivan & Molly Robotti | | $ (871.00) $ | (60,998.50) |
| CNB | 22414399 | Withdrawal | 11/08/13 | Sean Sullivan & Molly Robotti | | $ (862.00) $ | (61,860.50) |
| CNB | 22414399 | Withdrawal | 12/17/13 | Sean Sullivan & Molly Robotti | | $ (874.00) $ | (62,734.50) |
| CNB | 22414399 | Withdrawal | 01/13/14 | Sean Sullivan & Molly Robotti | | $ (887.00) $ | (63,621.50) |
| CNB | 22414399 | Withdrawal | 02/11/14 | Sean Sullivan & Molly Robotti | | $ (877.00) $ | (64,498.50) |
| CNB | 22414399 | Withdrawal | 03/10/14 | Sean Sullivan & Molly Robotti | | $ (882.00) $ | (65,380.50) |
| CNB | 22414399 | Withdrawal | 04/09/14 | Sean Sullivan & Molly Robotti | | $ (865.50) $ | (66,246.00) |
| CNB | 22414399 | Withdrawal | 05/08/14 | Sean Sullivan & Molly Robotti | | $ (884.50) $ | (67,130.50) |
| CNB | 22414399 | Withdrawal | 06/06/14 | Sean Sullivan & Molly Robotti | | $ (904.50) $ | (68,035.00) |
| CNB | 22414399 | Withdrawal | 07/14/14 | Sean Sullivan & Molly Robotti | | $ (929.00) $ | (68,964.00) |
| | | | | | **Total** | $ (68,964.00) | |

## Sean Sullivan & Sean F. Sullivan - Deposits to NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Total Check Amount | Allocation of Check | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 11/29/06 | Sean Sullivan & Sean F. Sullivan | 8 ATMs | $ 96,000.00 $ | 24,000.00 $ | 24,000.00 |
| CNB | 22414410 | Deposit | 07/12/07 | Sean Sullivan & Sean F. Sullivan | 9 ATMs | $ 108,000.00 $ | 24,000.00 $ | 48,000.00 |
| | | | | | **Total** | | $ 48,000.00 | |

## Sean Sullivan & Sean F. Sullivan - Payments from NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 04/01/07 | Sean Sullivan & Sean F. Sullivan | | $ (366.00) $ | (366.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Sean Sullivan & Sean F. Sullivan | | $ (376.00) $ | (742.00) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Sean Sullivan & Sean F. Sullivan | | $ (385.00) $ | (1,127.00) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Sean Sullivan & Sean F. Sullivan | | $ (401.50) $ | (1,528.50) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Sean Sullivan & Sean F. Sullivan | | $ (389.50) $ | (1,918.00) |
| CNB | 22414399 | Withdrawal | 09/20/07 | Sean Sullivan & Sean F. Sullivan | | $ (800.50) $ | (2,718.50) |
| CNB | 22414399 | Withdrawal | 10/04/07 | Sean Sullivan & Sean F. Sullivan | | $ (788.50) $ | (3,507.00) |

EXHIBIT B
PAGE 23

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 11/07/07 | Sean Sullivan & Sean F. Sullivan | | $ (792.50) $ | (4,299.50) |
| CNB | 22414399 | Withdrawal | 12/18/07 | Sean Sullivan & Sean F. Sullivan | | $ (788.00) $ | (5,087.50) |
| CNB | 22414399 | Withdrawal | 01/10/08 | Sean Sullivan & Sean F. Sullivan | | $ (779.00) $ | (5,866.50) |
| CNB | 22414399 | Withdrawal | 02/15/08 | Sean Sullivan & Sean F. Sullivan | | $ (765.50) $ | (6,632.00) |
| CNB | 22414399 | Withdrawal | 03/11/08 | Sean Sullivan & Sean F. Sullivan | | $ (785.00) $ | (7,417.00) |
| CNB | 22414399 | Withdrawal | 05/12/08 | Sean Sullivan & Sean F. Sullivan | | $ (785.50) $ | (8,202.50) |
| CNB | 22414399 | Withdrawal | 05/13/08 | Sean Sullivan & Sean F. Sullivan | | $ (756.50) $ | (8,959.00) |
| CNB | 22414399 | Withdrawal | 06/06/08 | Sean Sullivan & Sean F. Sullivan | | $ (763.50) $ | (9,722.50) |
| CNB | 22414399 | Withdrawal | 07/16/08 | Sean Sullivan & Sean F. Sullivan | | $ (762.50) $ | (10,485.00) |
| CNB | 22414399 | Withdrawal | 08/07/08 | Sean Sullivan & Sean F. Sullivan | | $ (741.00) $ | (11,226.00) |
| CNB | 22414399 | Withdrawal | 09/09/08 | Sean Sullivan & Sean F. Sullivan | | $ (742.00) $ | (11,968.00) |
| CNB | 22414399 | Withdrawal | 10/16/08 | Sean Sullivan & Sean F. Sullivan | | $ (745.50) $ | (12,713.50) |
| CNB | 22414399 | Withdrawal | 11/10/08 | Sean Sullivan & Sean F. Sullivan | | $ (764.50) $ | (13,478.00) |
| CNB | 22414399 | Withdrawal | 12/09/08 | Sean Sullivan & Sean F. Sullivan | | $ (743.50) $ | (14,221.50) |
| CNB | 22414399 | Withdrawal | 01/09/09 | Sean Sullivan & Sean F. Sullivan | | $ (708.50) $ | (14,930.00) |
| CNB | 22414399 | Withdrawal | 02/04/09 | Sean Sullivan & Sean F. Sullivan | | $ (699.50) $ | (15,629.50) |
| CNB | 22414399 | Withdrawal | 03/18/09 | Sean Sullivan & Sean F. Sullivan | | $ (686.00) $ | (16,315.50) |
| CNB | 22414399 | Withdrawal | 04/09/09 | Sean Sullivan & Sean F. Sullivan | | $ (665.50) $ | (16,981.00) |
| CNB | 22414399 | Withdrawal | 05/05/09 | Sean Sullivan & Sean F. Sullivan | | $ (657.00) $ | (17,638.00) |
| CNB | 22414399 | Withdrawal | 06/17/09 | Sean Sullivan & Sean F. Sullivan | | $ (659.00) $ | (18,297.00) |
| CNB | 22414399 | Withdrawal | 07/20/09 | Sean Sullivan & Sean F. Sullivan | | $ (663.50) $ | (18,960.50) |
| CNB | 22414399 | Withdrawal | 08/11/09 | Sean Sullivan & Sean F. Sullivan | | $ (659.00) $ | (19,619.50) |
| CNB | 22414399 | Withdrawal | 09/14/09 | Sean Sullivan & Sean F. Sullivan | | $ (659.50) $ | (20,279.00) |
| CNB | 22414399 | Withdrawal | 10/07/09 | Sean Sullivan & Sean F. Sullivan | | $ (674.50) $ | (20,953.50) |
| CNB | 22414399 | Withdrawal | 11/13/09 | Sean Sullivan & Sean F. Sullivan | | $ (685.50) $ | (21,639.00) |
| CNB | 22414399 | Withdrawal | 12/08/09 | Sean Sullivan & Sean F. Sullivan | | $ (686.50) $ | (22,325.50) |
| CNB | 22414399 | Withdrawal | 01/14/10 | Sean Sullivan & Sean F. Sullivan | | $ (703.50) $ | (23,029.00) |
| CNB | 22414399 | Withdrawal | 02/09/10 | Sean Sullivan & Sean F. Sullivan | | $ (700.50) $ | (23,729.50) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Sean F. Sullivan | | $ (702.00) $ | (24,431.50) |
| CNB | 22414399 | Withdrawal | 03/16/10 | Sean Sullivan & Sean F. Sullivan | 20% adjustment | $ (260.00) $ | (24,691.50) |
| CNB | 22414399 | Withdrawal | 04/09/10 | Sean Sullivan & Sean F. Sullivan | | $ (727.00) $ | (25,418.50) |
| CNB | 22414399 | Withdrawal | 05/11/10 | Sean Sullivan & Sean F. Sullivan | | $ (757.50) $ | (26,176.00) |
| CNB | 22414399 | Withdrawal | 06/03/10 | Sean Sullivan & Sean F. Sullivan | | $ (762.00) $ | (26,938.00) |
| CNB | 22414399 | Withdrawal | 07/07/10 | Sean Sullivan & Sean F. Sullivan | | $ (763.00) $ | (27,701.00) |
| CNB | 22414399 | Withdrawal | 08/18/10 | Sean Sullivan & Sean F. Sullivan | | $ (782.00) $ | (28,483.00) |
| CNB | 22414399 | Withdrawal | 09/10/10 | Sean Sullivan & Sean F. Sullivan | | $ (801.00) $ | (29,284.00) |
| | | | | | **Total** | $ (29,284.00) | |